**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Steven Miller*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*steven.miller2@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 856-3188*

August 17, 2026

**Via ECF**
Honorable Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

**Re: *Sanchez Sanchez v. Mullin*, No. 26-10246 (BRM);**
**One-Week Extension Request.**

Dear Judge Martinotti:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). Respondent's answer deadline is August 17, 2026. Respondents respectfully request an extension of time until August 21, 2026, to respond to the petition. This is Respondents' first request for an extension.

I respectfully submit that good cause exists for this request. I was assigned to this case this past Saturday, August 17, 2026. I have conducted an initial review of the Petition, ECF No. 1, the law, and supporting documents provided by ICE. Given the short time from receipt of this case to the filing deadline, I request this extension in order to fully and meaningfully respond to the Court's Order requesting the basis for Petitioner's detention.

Thank you very much for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/ Steven Miller
STEVEN MILLER
Assistant United States Attorney

cc: All counsel of record (*via ECF*)

SO ORDERED.

Brian R. Martinotti
BRIAN R. MARTINOTTI, USDJ
DATED: AUG. 18, 2026